Drew Henwood, Esq.
The Law Offices of Drew Henwood
93 Devine Street, Suite 100
San Jose, CA 95110
California Bar No. 184529
(408) 279-2730
(408) 279-2735 fax
email: henwood.drew@gmail.com

Attorney for Debtors

Jorge Vidrio and Maria Vidrio

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 11-30549-TC-7 |
| **JORGE VIDRIO and MARIA VIDRIO** | Chapter 7 |
| Debtors | Adv. Proc. No.11-03096 |
| **OSCAR BARAJAS** | **STIPULATION FOR ORDER DISMISSING ADVERSARY PROCEEDING** |
| Plaintiff, | |
| vs. | DATE: January 8, 2013<br>TIME: 9:30 a.m. |
| **JORGE VIDRIO and MARIA VIDRIO**, | PLACE: United States Bankruptcy Court<br>235 Pine Street, 23rd Floor<br>San Francisco, CA 94104 |
| Defendants. | BEFORE: The Honorable Hannah H. Blumenstiel |

Oscar Barajas, Plaintiff herein, by and through David Golden, Esq. his counsel herein and Jorge Vidrio and Maria Vidrio, Debtors and Defendants herein, by and through their counsel, Drew Henwood, Esq. of this adversary proceeding herein, do hereby stipulate of this adversary proceeding with each party bearing their own fees and costs.

1  Dated the 12th day of April, 2013.

2

3  /s/ Drew  Henwood
   DREW HENWOOD, ESQ.
4  Attorney for Debtors and Defendants Jorge and Maria Vidrio

5
   /s/ David Golden
6  DAVID GOLDEN, ESQ.
   Attorney for Plaintiff Oscar Barajas