

1  Drew Henwood, Esq.
   The Law Offices of Drew Henwood
2  93 Devine Street, Suite 100
   San Jose, CA 95110
3  California Bar No. 184529        **Signed and Filed: June 24, 2013**
   (408) 362-7412
4  (408) 362-7290 fax
   email: henwood.drew@gmail.com
5
6  Attorney for Debtors

7  Jorge Vidrio and Maria Vidrio        **HANNAH L. BLUMENSTIEL**
                                        **U.S. Bankruptcy Judge**

8                **UNITED STATES BANKRUPTCY COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9

10  In re                              Case No. 11-30549-HLB-7

11  **JORGE VIDRIO and**               Chapter 7
    **MARIA VIDRIO**
12
                        Debtors.
13

14  **OSCAR BARAJAS**

15                      Plaintiff,
16
         vs.
17                                     Adv. Proc. No.11-03096
    **JORGE VIDRIO and**
18  **MARIA VIDRIO**,

19                      Defendants.

20
              ORDER DISMISSING ADVERSARY PROCEEDING
21
           Pursuant to the stipulation by the parties, and on proper notice to all creditors and interested
22
    parties, it is hereby **ORDERED AND DECREED:**  this adversary proceeding is hereby dismissed
23
    in its entirety.
24
     It is hereby further  **ORDERED AND DECREED:** Each party will bear their own fees and costs.
25

26

27

28
                            *** END OF ORDER ***

## COURT SERVICE LIST

Service on ECF Participants Only